MICHAEL MARTINEZ, Appellant, v. MESECK TOWING AND TRANSPORTATION COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion.   Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

ALBRECHT MATTES, Appellant, v. WILLIAM G. SCHEINPFLUG and Others, Respondents.— Order affirmed, without costs. No opinion. Rich, Jaycox, Manning, Kelby and Young, JJ., concur.

DONALD McKELLAR, Respondent, v. AMERICAN SYNTHETIC DYES, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

AGNES McNIFF, an Infant, by JOHN J. McNIFF, Her Guardian ad Litem, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with Another.— Judgment and order unanimously affirmed, with costs. No opinion.   Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

JOHN J. McNIFF, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with Another.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

PATRICK W. O'CONNOR, Respondent, v. RICHARD WEBBER, JR., and WILLIAM WEBBER, Copartners, etc., Appellants.— Judgment and order reversed on the law, and new trial granted, with costs to abide the event. We are of opinion that the admission of the advertisement and reading notices of the various alleged safety devices containing hearsay evidence as to the danger involved in the operation of the machine, was error, which necessarily had such an effect upon the jury that it could not be cured by instruction by the court to disregard it.   Blackmar, P. J., Rich, Jaycox and Manning, JJ., concur; Jaycox, J., being also of opinion that the complaint should be dismissed; Kelby, J., votes to affirm.

WILLIAM D. O'CONNOR, Respondent, v. RICHARD WEBBER, JR., and WILLIAM WEBBER, Copartners, etc., Appellants.— Judgment and order reversed on the law, and new trial granted, costs to abide the event, on authority of *O'Connor* v. *Webber* [*ante*, p. 890], decided herewith. Blackmar, P. J., Rich, Jaycox and Manning, JJ., concur; Jaycox, J., being also of opinion that the complaint should be dismissed; Kelby, J., votes to affirm.

PEPPARD REALTY COMPANY, INC., Respondent, v. EMIL F. EMDON, Defendant. JOSEPH FRIED, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

EDWIN PLACE, an Infant, by FLORENCE PLACE, His Guardian ad Litem, Respondent, v. ANGELO GIGLIO and CHARLES FARESE, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, Jaycox, Manning, Kelby and Young, JJ.

DOMINICK RIVARA, Respondent, Appellant, v. JAMES STEWART & COMPANY and Another, Appellants, Respondents.— Order affirmed, without costs. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.